**IT IS ORDERED as set forth below:**

Date: December 07, 2010

_____
W. H. Drake
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 10-13776 |
| | : | |
| MARVA LARAINE CARTER, | : | CHAPTER: 7 |
| | : | |
| | : | JUDGE: W. HOMER DRAKE |
| Debtor(s). | : | |
| _____ | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | CONTESTED MATTER |
| MARVA LARAINE CARTER, | : | |
| GRIFFIN E. HOWELL, III, Trustee, | : | |
| | : | |
| Respondent(s). | : | |
| _____ | : | |

<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY</u> (#9)

The above styled Motion was called before the Court for a hearing on December 3, 2010, upon Notice of Hearing to each of the above-captioned parties in interest, and it appearing

that there was no opposition to the Motion and that the parties were properly served;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is lifted for Movant herein, its successors and assigns, regarding the real property commonly known as 7317 Lariat Road South, Hereford, AZ 85615, together with the manufactured home to which the Motion refers.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant under its Note and Deed of Trust, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

s/ Richard H. Siegel
Richard H. Siegel, Bar No.: 645825
Attorney for Movant
Aldridge Connors, LLP
780 Johnson Ferry Road, Suite 600
Atlanta, GA 30342
Phone: (678) 951-0310
Fax: (888) 873-6147
Email: rsiegel@aclawllp.com

DISTRIBUTION LIST

Griffin E. Howell, III
127 1/2 East Solomon Street
PO Box 551
Griffin, GA 30224

Marva Laraine Carter
1006 Overby Park Dr.
Newnan, GA 30263

Matthew Thomas Berry
Law Office of Matthew T. Berry
Suite 400
2751 Buford Highway
Atlanta, GA 30324